TRAVEL L   _NSES

## JULY 2002: NEW MEXICO

| DATE OF CHARGE | AMOUNT | ACCOUNT HOLDER | VENDOR / LOCATION | ACCOUNT NUMBER | CHECK / CREDIT CARD NOTES | SURFACE HANDWRITTEN NOTES ON CREDIT CARD STATEMENTS | EVERSOLE'S WEEKLY PLANNER | VENDOR INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 4/5/2002 | $1,742.40 | Surface | Double E Ranch / New Mexico | Wells Fargo account xxxx5996 check #1079 | "Eversole reservation" (check memo) / "Lodging for cowboy trip" (check register) | | | Double E Ranch records -Deposit ticket and check register for receipt of ck for $1742.40 |
| 7/2/2002 | $3,000.00 | Surface | Cash | Wells Fargo account xxxx5996 check #1100 | "cash cowboy" (check memo) | | | |
| 7/2/2002 | $26.62 | Surface | Texaco / Kerrville, Tx | xxxxxxxxxx63430 | | | | |
| 7/2/2002 | $30.53 | Surface | Equisheli / Ft. Stockton, Tx | xxxxxxxxxx63430 | | "auto" | 7/3/02 - 7/13/02 - Tombstone | |
| 7/3/2002 | $43.91 | Surface | Y.O. Ranch Hotel / Kerville, Tx | xxxxxxxxxx63430 | | "auto" | | YO Ranch - no records |
| 7/3/2002 | $376.39 | Surface | Big Bend Saddlery / Alpine, Tx | xxxxxxxxxx63430 | | "Eversole, Hurmes, Surface" | | Big Bend Saddlery - no records |
| 7/3/2002 | $194.88 | Surface | Economy Inns of Americas, Ruidoso Down / Ruidoso, Nm | xxxxxxxxxx63430 | | "Personal" | | |
| 7/4/2002 | $29.75 | Surface | Shortys SHL MT / Las Cruces, Nm | xxxxxxxxxx63430 | | "Mexico Trip" | | |
| 7/5/2002 | $373.00 | Eversole | William Brown Holster / Tombstone, Az | xxxxxxxxxx8400G | | "Auto" | | William Brown Holster - copy of charge slip $373.00 / double rig |
| 7/6/2002 | $143.68 | Eversole | Oriental Saloon / Tombstone, Az | xxxxxxxxxx54006 | | | | |
| 7/6/2002 | $230.70 | Eversole | Territorial Book Trader / Tombstone, Az | xxxxxxxxxx54006 | | | | |



GOVERNMENT EXHIBIT

C

PENGAD 800-631-6989



GOVERNMENT EXHIBIT

10A

10-886 (DM)

PenGad-Bayonne, N.J.

3/10/2011

US-R-2482

TRAVEL EXPENSES

## JULY 2002: NEW MEXICO

| DATE OF CHARGE | AMOUNT | ACCOUNT HOLDER | VENDOR / LOCATION | ACCOUNT NUMBER | CHECK / CREDIT CARD NOTES | SURFACE HANDWRITTEN NOTES ON CREDIT CARD STATEMENTS | EVERSOLE'S WEEKLY PLANNER | VENDOR INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 7/7/2002 | $529.00 | Surface | William Brown Holster / Tombstone, Az | xxxxxxxxx63430 | | "Personal" | | William Brown Holster - copy of charge slip $529.00 for chaps, double rig / work order |
| 7/9/2002 | $30.00 | Surface | Chevron / Silver City, Nm | xxxxxxxxxx63430 | | "Auto" | | |

US-R-2483

TRAVEL ⎫ENSES

# SEPTEMBER 2002: WATERWOOD

| DATE OF CHARGE | AMOUNT | ACCOUNT HOLDER | VENDOR / LOCATION | ACCOUNT NUMBER | CHECK / CREDIT CARD NOTES | SURFACE HANDWRITTEN NOTES ON CREDIT CARD STATEMENTS | EVERSOLE'S WEEKLY PLANNER | VENDOR INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 9/1/2002 | $1,037.64 | Surface | Waterwood National Resort / Huntsville, Tx | xxxxxxxxx63430 | | "Hermes Eversole marketing trip" | 8/30/02 - 9/1/02 - Waterwood Tee time | |

3/10/2011

TRAVEL . _ENSES

## NOVEMBER 2002: ARIZONA

| DATE OF CHARGE | AMOUNT | ACCOUNT HOLDER | VENDOR / LOCATION | ACCOUNT NUMBER | CHECK / CREDIT CARD NOTES | SURFACE HANDWRITTEN NOTES ON CREDIT CARD STATEMENTS | EVERSOLE'S WEEKLY PLANNER | VENDOR INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 11/15/2002 | $259.00 | Surface | Southwest Airlines / Tucson, Az | xxxxxxxxxx63430 | depart 11/24 from Tucson to Albuquerque - Surface | "air travel Tuscon trip/ marketing" | | Southwest Airlines records - Tucson to Albuquerque Mike Surface1/24/02 |
| 11/19/2002 | $3,000.00 | Surface | Cash | Frost Bank account xxxx5778 check #1343 | | | | |
| 11/19/2002 | $5,000.00 | Surface | Cash | Wells Fargo account xxxx6996 check #1139 | | | | |
| 11/19/2002 | $30.00 | Surface | Texaco / Kerrville, Tx | xxxxxxxxxx63430 | | "auto" | 11/19/02 - 9:00am Briefing / 1:45pm Comm Court | |
| 11/19/2002 | $79.27 | Surface | Carrabba's / San Antonio, Tx | xxxxxxxxxx63430 | | "Stafford Eversole Surface" | | |
| 11/20/2002 | $131.08 | Surface | Best Western Hotels / Ft. Stockton, Tx | xxxxxxxxxx63430 | | "Hotel - Tuscon Trip Eversole Surface" | | |
| 11/20/2002 | $39.55 | Surface | Chevron / Pecos, Tx | xxxxxxxxxx63430 | | "auto" | | |
| 11/20/2002 | $31.74 | Surface | Chevron / Lordsburg, Nm | xxxxxxxxxx63430 | | "auto" | | |
| 11/20/2002 | $66.60 | Surface | Coyote Grill / Scottsdale, Az | xxxxxxxxxx63430 | | "Meal - Tuscon Trip" | | |
| 11/21/2002 | $30.24 | Surface | Chevron / Scottsdale, Az | xxxxxxxxxx63430 | | "Auto" | | |
| 11/21/2002 | $19.78 | Surface | Chris Town Deli / Phoenix, Az | xxxxxxxxxx63430 | | "Lunch Tuscon Trip" | | |
| 11/21/2002 | $254.73 | Surface | Wildwest Mercantile / Phoenix, Az | xxxxxxxxxx63430 | | "Gift, Books Shirts, JE" | | |
| 11/21/2002 | $91.83 | Eversole | Wildwest Mercantile / Phoenix, Az | xxxxxxxxxx54006 | | | | |
| 11/23/2002 | $209.85 | Eversole | Hampton Inn & Suites / Tombstone, Az | xxxxxxxxxx54006 | | "Eversole/Surface Rooms Tuscon" | | |
| 11/23/2002 | $880.25 | Surface | Tombstone Old West Books / Scottsdale, Az | xxxxxxxxxx63430 | | | | Hampton Inn - no records |

US-R-2485

TRAVEL . ENSES

## SEPTEMBER 2003: LAS VEGAS

| DATE OF CHARGE | AMOUNT | ACCOUNT HOLDER | VENDOR / LOCATION | ACCOUNT NUMBER | CHECK / CREDIT CARD NOTES | SURFACE HANDWRITTEN NOTES ON CREDIT CARD STATEMENTS | EVERSOLE'S WEEKLY PLANNER | VENDOR INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 8/22/2003 | $301.00 | Surface | Continental Airlines / Las Vegas, Nv | xxxxxxxxx63430 | depart 9/26 to Las Vegas - Surface, Michael | "Marketing FMI&D" | | |
| 8/22/2003 | $301.00 | Surface | Continental Airlines / Las Vegas, Nv | xxxxxxxxx63430 | depart 9/26 to Las Vegas - Surface, Kay | "Marketing FMI&D" | | |
| 8/22/2003 | $249.00 | Surface | Continental Airlines / Las Vegas, Nv | xxxxxxxxx63430 | depart 9/27 to Las Vegas - Eversole, Jerry | "Marketing FMI&D" | | |
| 8/22/2003 | $301.00 | Surface | Continental Airlines / Las Vegas, Nv | xxxxxxxxx63430 | depart 9/26 to Las Vegas - Eversole, Pat | "Marketing FMI&D" | | |
| 8/22/2003 | $400.00 | Surface | Mirage Hotel / Las Vegas, Nv | xxxxxxxxx63430 | | "Marketing - Eversole" | | 4 tickets to Danny Gans performance on 9/28/03 |
| 8/23/2003 | $336.81 | Surface | Mirage Hotel / Las Vegas, Nv | xxxxxxxxx63430 | | "Marketing" | | Mirage records - Room 24043 - Jerry Eversole |
| 8/23/2003 | $338.81 | Surface | Mirage Hotel / Las Vegas, Nv | xxxxxxxxx63430 | | "Marketing" | | Mirage records - Room 24041 - Michael Surface |
| 9/27/2003 | $267.98 | Surface | Lawrys / Las Vegas, Nv | xxxxxxxxx63430 | | "Eversole trip" | | |
| 9/27/2003 | $27.12 | Eversole | Hudson News / Houston, Tx | xxxxxxxxx81009 | news stand | | | |
| 9/28/2003 | $77.89 | Surface | Taqueria Canonita / Las Vegas, Nv | xxxxxxxxx63430 | | "Eversole trip" | | |
| 10/8/2003 | $3,000.00 | Surface | Cash | Frost Bank account xxxx8778 check #1421 | | | | |

US-R-2486

TRAVEL ... ENSES

## JUNE 2004: CAROLINAS

| DATE OF CHARGE | AMOUNT | ACCOUNT HOLDER | VENDOR / LOCATION | ACCOUNT NUMBER | CHECK / CREDIT CARD NOTES | SURFACE HANDWRITTEN NOTES ON CREDIT CARD STATEMENTS | EVERSOLE'S WEEKLY PLANNER | VENDOR INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 4/30/2004 | $361.31 | Surface | Continental Airlines / Greenville, SC | xxxxxxxxxx71009 | depart 6/17 to Greenville, SC - Jerry Eversole | | | Continental Airlines records - computer printouts listing travelers JE, PE, KS, MS |
| 4/30/2004 | $361.31 | Surface | Continental Airlines / Greenville, SC | xxxxxxxxxx71009 | depart 6/17 to Greenville, SC - Pat Eversole | | | |
| 4/30/2004 | $361.31 | Surface | Continental Airlines / Greenville, SC | xxxxxxxxxx71009 | depart 6/17 to Greenville, SC - Michael Surface | | | |
| 4/30/2004 | $361.31 | Surface | Continental Airlines / Greenville, SC | xxxxxxxxxx71009 | depart 6/17 to Greenville, SC - Kay Surface | | | |
| 5/6/2004 | $378.70 | Leroy Hermes | Continental Airlines / Greenville, SC | xxxxxxxxxx361006 | depart 6/17 to Greenville, NC - Leroy | | | Continental Airlines records - computer printouts listing travelers LH $378.70 |
| 5/6/2004 | $378.70 | Leroy Hermes | Continental Airlines / Greenville, SC | xxxxxxxxxx361006 Wells Fargo account xxxx41404 withdrawal slip signed by Patricia Eversole | depart 6/17 to Greenville, NC - Barbara | | | Continental Airlines records - computer printouts listing travelers BH $378.70 |
| 6/16/2004 | $2,000.00 | Patricia Eversole | Cash | Wells Fargo account xxxx5996 check #1323 | | | | |
| 6/17/2004 | $1,000.00 | Kay Surface | Cash | | "trip" | | | |
| 6/17/2004 | $6.00 | Leroy Hermes | Smarte Carte / Greenville, NC | xxxxxxxxxx361006 | | | | |

US-R-2487

TRAVEL  ENSES

## JUNE 2004: CAROLINAS

| DATE OF CHARGE | AMOUNT | ACCOUNT HOLDER | VENDOR / LOCATION | ACCOUNT NUMBER | CHECK / CREDIT CARD NOTES | SURFACE HANDWRITTEN NOTES ON CREDIT CARD STATEMENTS | EVERSOLE'S WEEKLY PLANNER | VENDOR INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 6/18/2004 | $53.69 | Eversole | The Stable Café / Asheville, NC | xxxxxxxxx81009 | | | | |
| 6/18/2004 | $23.54 | Leroy Hermes | The Biltmore Co Car / Asheville, NC | xxxxxxxxxxxx05266 | | | | |
| 6/18/2004 | $28.36 | Leroy Hermes | Biltmore Estate Win / Asheville, NC | xxxxxxxxxxxx05266 | | | | |
| 6/19/2004 | $545.60 | Surface | Highlands Country / Highlands, NC | xxxxxxxxx71009 | Sporting goods store | | | |
| 6/19/2004 | $80.25 | Eversole | Lindy's Gifts & Collections / Highlands, NC | xxxxxxxxx81009 | | | | |
| 6/19/2004 | $105.93 | Surface | Acure Rose Quilts / Highlands, NC | xxxxxxxxxx94571 | | | | |
| 6/19/2004 | $443.23 | Surface | Brown Trout Mountain G / Lake Toxaway, NC | xxxxxxxxxx94571 | | | | |
| 6/19/2004 | $104.86 | Surface | Bags on Main / Highlands, NC | xxxxxxxxxx94571 | | | | |
| 6/20/2004 | $14.03 | Eversole | Hudson News / Greer, SC | xxxxxxxxx81009 | | | | |
| 6/20/2004 | $288.52 | Surface | Avis Rent-A-Car / Greenville, SC | xxxxxxxxxx71009 | 6/17-6/20 Michael Surface | | | Avis Rental Car records - van rental by Michael Surface / requested vehicle with largest trunk space / 320 miles driven |
| 6/20/2004 | $146.31 | Leroy Hermes | Hertz Rent A Car / Greenville, SC | xxxxxxxxx361006 | 6/17-6/20/04 | | | Hertz Rental Car records - 2004 Galant by Leroy Hermes |

3/10/2011

US-R-2488

TRAVEL EXPENSES

## JUNE 2006: NEW MEXICO

| DATE OF CHARGE | AMOUNT | ACCOUNT HOLDER | VENDOR / LOCATION | ACCOUNT NUMBER | CHECK / CREDIT CARD NOTES | SURFACE HANDWRITTEN NOTES ON CREDIT CARD STATEMENTS | EVERSOLE'S WEEKLY PLANNER | VENDOR INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 6/5/2006 | $241.80 | Surface | Southwest Airlines / Albuquerque, Nm | xxxxxxxx5661005 | depart 6/22 to Albuquerque - Michael Surface | "travel" | | Southwest Airlines records - Michael Surface |
| 6/5/2006 | $241.80 | Surface | Southwest Airlines / Albuquerque, Nm | xxxxxxxx5661005 | depart 6/22 to Albuquerque - Jerry Eversole | "travel" | | Southwest Airlines records - Jerry Eversole |
| 6/12/2006 | $5,000.00 | Surface | Cash | Wells Fargo account xxxx5999 check #1615 | | | | |
| 6/20/2006 | $55.49 | Leroy Hermes | Shell / Waxahachie, Tx | xxxxxxxxx361005 | | | | |
| 6/21/2006 | $5,000.00 | Surface | Cash | Wells Fargo account xxxx5999 check #1622 | | | | |
| 6/21/2006 | $47.10 | Leroy Hermes | Exxon / Childress, Tx | xxxxxxxxx361005 | | | | |
| 6/21/2006 | $20.91 | Leroy Hermes | Chilis / Albuquerque, Nm | xxxxxxxxx361005 | | | | |
| 6/21/2006 | $42.37 | Leroy Hermes | Holiday Cunoco / Tucumcari, Nm | xxxxxxxxx361005 | | | | |
| 6/21/2006 | $72.32 | Leroy Hermes | Best Western / Vernon, Tx | xxxxxxxxx361005 | | | | |
| 6/22/2006 | $165.00 | Surface | PAA-KO Ridge Golf Club / Sandia Park, Nm | xxxxxxxx5661005 | | "marketing" | | PAA-KO Ridge Golf records -green fees ($36.94), cart ($14.21) and maintance fees ($6.35) for 3 golfers (each) |
| 6/22/2006 | $32.65 | Surface | Grille At PAA-KO / Sandia Park, Nm) | xxxxxxxx5661005 | | "marketing" | | FAAKO Grille records food and drinks for three people |
| 6/22/2006 | $46.98 | Leroy Hermes | Circle K / Albuquerque, Nm | xxxxxxxxx361008 | | | | |
| 6/22/2006 | $55.24 | Leroy Hermes | Days Inn East / Albuquerque, Nm | xxxxxxxxx361005 | 6/21-6/22 | | | |

US-R-2489

TRAVEL EXPENSES

## JUNE 2006: NEW MEXICO

| DATE OF CHARGE | AMOUNT | ACCOUNT HOLDER | VENDOR / LOCATION | ACCOUNT NUMBER | CHECK / CREDIT CARD NOTES | SURFACE HANDWRITTEN NOTES ON CREDIT CARD STATEMENTS | EVERSOLE'S WEEKLY PLANNER | VENDOR INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 6/23/2006 | $19.69 | Eversole | Waffle House / Albuquerque, Nm | xxxxxxxx8008304 | | | | |
| 6/23/2006 | $45.09 | Surface | Days Inn East / Albuquerque, Nm | xxxxxxxx5661006 | 6/22-6/23 | "marketing lodging" | | |
| 6/23/2006 | $45.09 | Surface | Days Inn East / Albuquerque, Nm | xxxxxxxx5661006 | 6/22-6/23 | "marketing lodging" | | |
| 6/23/2006 | $46.87 | Leroy Hermes | La Hacienda Restaurant / Albuquerque, Nm | xxxxxxxx361006 | | | | |
| 6/24/2006 | $281.80 | Surface | Econo Lodge / Albuquerque, Nm | xxxxxxxx5661006 | 6/22-6/24 | "marketing lodging" | | |
| 6/24/2006 | $320.40 | Surface | PAA-KO Ridge Golf Club / Sandia Park, Nm | xxxxxxxx5661006 | | "marketing" | | PAAKO Ridge Golf records -green fees (2 @ $52.86 and 2 @ $66.31), cart fees (2 @ $13.64 and 2 @ $17.05), maintenance fee ($.95) for 4 golfers |
| 6/24/2006 | $26.85 | Surface | Grille At PAA-KO / Sandia Park, Nm | xxxxxxxx5661006 | | "marketing F/B" | | PAAKO Grille records Breakfast (Egg Plates) for 3 people @ $7.53 pp plus tax and tip |
| 6/24/2006 | $49.20 | Surface | Grille At PAA-KO / Sandia Park, Nm | xxxxxxxx5661006 | | "marketing F/B" | | PAAKO Ridge Golf records -food and drinks for 4 people |
| 6/24/2006 | $50.00 | Surface | Allsups / Carrizozo, Nm | xxxxxxxx5661006 | | "auto" | | |
| 6/24/2006 | $16.70 | Surface | Allsups / Carrizozo, Nm | xxxxxxxx5661006 | | "auto" | | |
| 6/24/2006 | $112.64 | Leroy Hermes | Econolodge / Albuquerque, Nm | xxxxxxxx361006 | 6/22-6/24 | | | |

US-R-2490

3/1/2011

TRAVEL. ...ENSES

3/10/2011

## JUNE 2006: NEW MEXICO

| DATE OF CHARGE | AMOUNT | ACCOUNT HOLDER | VENDOR / LOCATION | ACCOUNT NUMBER | CHECK / CREDIT CARD NOTES | SURFACE HANDWRITTEN NOTES ON CREDIT CARD STATEMENTS | EVERSOLE'S WEEKLY PLANNER | VENDOR INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 6/25/2006 | $52.01 | Surface | Chevron / Sonora, Tx | xxxxxxxx5661006 | | "auto" | | |
| 6/25/2006 | $42.60 | Surface | Golf Shop / Mescalero, Nm | xxxxxxxx5661006 | | "marketing" | | |
| 6/25/2006 | $41.00 | Leroy Hermes | Nations Buffett / Mescalero, Nm | xxxxxxxxx361006 | | | | |
| 6/25/2006 | $61.67 | Leroy Hermes | Uncles / Pecos, Tx | xxxxxxxxx361006 | | | | |
| 6/26/2006 | $286.49 | Surface | Inn of the Mt Gods / Mescalero, Nm | xxxxxxxx5661006 | | "marketing lodging" | | Inn of the Mountain Gods records - 06/24-25 - rm 275 |
| 6/26/2006 | $286.49 | Surface | Inn of the Mt Gods / Mescalero, Nm | xxxxxxxx5661006 | | "marketing lodging" | | Inn of the Mountain Gods records -06/24-25 - rm 279 |
| 6/26/2006 | $286.49 | Surface | Inn of the Mt Gods / Mescalero, Nm | xxxxxxxx5661006 | | "marketing lodging" | | Inn of the Mountain Gods records - 06/24-25 - rm 281 |
| 6/26/2006 | $286.49 | Surface | Inn of the Mt Gods / Mescalero, Nm | xxxxxxxx5661006 | | "marketing lodging" | | Inn of the Mountain Gods records - 06/24-25 - rm 295 |
| 6/26/2006 | $138.67 | Surface | Canyon Springs Golf / San Antonio, Tx | xxxxxxxx5661006 | | "marketing" | | Canyon Springs records - green fees for two golfers @ $64.95 plus tax (each) |
| 6/26/2006 | $149.16 | Surface | Holiday Inns / San Antonio, Tx | xxxxxxxx5661006 | | "marketing lodging" | | Holiday Inn - no records |
| 6/26/2006 | $137.69 | Surface | Holiday Inns / San Antonio, Tx | xxxxxxxx5661006 | | "marketing lodging" | | Holiday Inn - no records |
| 6/26/2006 | $137.69 | Surface | Holiday Inns / San Antonio, Tx | xxxxxxxx5661006 | | "marketing lodging" | | Holiday Inn - no records |
| 6/26/2006 | $137.69 | Surface | Holiday Inns / San Antonio, Tx | xxxxxxxx5661006 | | "marketing lodging" | | Holiday Inn - no records |

US-R-2491

TRAVEL _ _NSES

## JUNE 2006: NEW MEXICO

| DATE OF CHARGE | AMOUNT | ACCOUNT HOLDER | VENDOR / LOCATION | ACCOUNT NUMBER | CHECK / CREDIT CARD NOTES | SURFACE HANDWRITTEN NOTES ON CREDIT CARD STATEMENTS | EVERSOLE'S WEEKLY PLANNER | VENDOR INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 6/28/2006 | $60.25 | Surface | Shell / Flatonia, Tx | xxxxxxx5661006 | | "auto" | | |

3/11/2011

US-R-2492

TRAVEL — ENSES

## JULY 9, 2006: WATERWOOD

| DATE OF CHARGE | AMOUNT | ACCOUNT HOLDER | VENDOR / LOCATION | ACCOUNT NUMBER | CHECK / CREDIT CARD NOTES | SURFACE HANDWRITTEN NOTES ON CREDIT CARD STATEMENTS | EVERSOLE'S WEEKLY PLANNER | VENDOR INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 7/9/2006 | $181.99 | Surface | Waterwood National Resort / Huntsville, Tx | xxxxxxxxx661006 | | "marketing lodging" | | |
| 7/9/2006 | $181.99 | Surface | Waterwood National Resort / Huntsville, Tx | xxxxxxxxx661006 | | "marketing lodging" | | |
| 7/9/2006 | $268.65 | Leroy Hermes | Waterwood National Resort / Huntsville, Tx | xxxxxxxxx361006 | | | | |
| 7/9/2006 | $69.33 | Leroy Hermes | Waterwood National Resort / Huntsville, Tx | xxxxxxxxxx201861 | | | | |
| 7/9/2006 | $26.95 | Eversole | Margaritas / Huntsville, Tx | xxxxxxxxx82007 | | | | |

TRAVEL    ENSES

## JANUARY 2007: SAN ANTONIO

| DATE OF CHARGE | AMOUNT | ACCOUNT HOLDER | VENDOR / LOCATION | ACCOUNT NUMBER | CHECK / CREDIT CARD NOTES | SURFACE HANDWRITTEN NOTES ON CREDIT CARD STATEMENTS | EVERSOLE'S WEEKLY PLANNER | VENDOR INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 1/12/2007 | $5,000.00 | Surface | Cash | Wells Fargo account xxxx5996 check #1688 | | | | |
| 1/26/2007 | $298.69 | Surface | Canyon Springs Golf / San Antonio, Tx | xxxxxxxx5661006 | | "entertainment" | 1/26/07-1/28/07 - San Antonio | Canyon Springs records -green fees for 4 golfers @ $64.95 plus tax (each) |
| 1/26/2007 | $30.23 | Leroy Hermes | Las Palapas / San Antonio, Tx | xxxxxxxxx361006 | | | | |
| 1/27/2007 | $72.98 | Leroy Hermes | Westin La Cantera / San Antonio. Tx | xxxxxxxxx361006 | | | | Westin records - Tee sheet shows M. Surface at 1:19pm / Amex receipt for Hermes $72.98 "NP 2 For 1 F-Sun" |
| 1/27/2007 | $218.95 | Leroy Hermes | Westin La Cantera / San Antonio, Tx | xxxxxxxxx361006 | | | | Westin records - Tee sheet shows M. Surface at 1:19pm / Amex receipt for Hermes $218.95"NP 2 For 1 F-Sun" |
| 1/27/2007 | $291.94 | Leroy Hermes | Palmer Golf Course / San Antonio, Tx | xxxxxxxxx361006 | | | | Westin records - Tee sheet shows M. Surface at 1:19pm / Amex receipt for Hermes $291.94 "4 Summer Special Prime" |
| 1/28/2007 | $309.58 | Surface | Falls Pro Shop / New Ulm, Tx | xxxxxxxx5661006 | | "entertainment" | | |
| 1/28/2007 | $60.03 | Surface | Gudalajara Mexican / Columbus, Tx | xxxxxxxx5661006 | | "entertainment" | | |

13

US-R-2494

TRAVEL    ENSES

## JANUARY 2007: SAN ANTONIO

| DATE OF CHARGE | AMOUNT | ACCOUNT HOLDER | VENDOR / LOCATION | ACCOUNT NUMBER | CHECK / CREDIT CARD NOTES | SURFACE HANDWRITTEN NOTES ON CREDIT CARD STATEMENTS | EVERSOLE'S WEEKLY PLANNER | VENDOR INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 1/29/2007 | $582.23 | Surface | Omni Hotels / San Antonio, Tx | xxxxxxxx5661006 | 1/26-1/28 | "lodging / entertainment" | | Room 1214 Michael Surface |
| 1/29/2007 | $290.83 | Surface | Omni Hotels / San Antonio, Tx | xxxxxxxx5661006 | 1/26-1/28 | "lodging / entertainment" | | |
| 1/29/2007 | $277.86 | Surface | Omni Hotels / San Antonio, Tx | xxxxxxxx5661006 | 1/26-1/28 | "lodging / entertainment" | | Room 1109 Jerry Eversole |
| 1/29/2007 | $277.86 | Surface | Omni Hotels / San Antonio, Tx | xxxxxxxx5661006 | 1/26-1/28 | "lodging / entertainment" | | |

3/10/2011

14

US-R-2495

TRAVEL ÉNSES

## FEBRUARY 2007: WATERWOOD

| DATE OF CHARGE | AMOUNT | ACCOUNT HOLDER | VENDOR / LOCATION | ACCOUNT NUMBER | CHECK / CREDIT CARD NOTES | SURFACE HANDWRITTEN NOTES ON CREDIT CARD STATEMENTS | EVERSOLE'S WEEKLY PLANNER | VENDOR INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 2/22/2007 | $192.15 | Surface | Waterwood National Resort / Huntsville, Tx | xxxxxxxx6661006 | | "marketing Eversole / Hermes Bush" | 2/22/07 - Waterwood 10:00am | |

US-R-2496

TRAVEL   ENSES

## JUNE 2007: DEADWOOD

| DATE OF CHARGE | AMOUNT | ACCOUNT HOLDER | VENDOR / LOCATION | ACCOUNT NUMBER | CHECK / CREDIT CARD NOTES | SURFACE HANDWRITTEN NOTES ON CREDIT CARD STATEMENTS | EVERSOLE'S WEEKLY PLANNER | VENDOR INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 6/6/2007 | $294.30 | Surface | Continental Airlines / Denver, Co | xxxxxxxx5661006 | depart 6/20 to Denver - Michael Surface | "travel" | | Continental Airlines records - computer printout showing travelers JE, LH, MS - $294.30 each charged to Surface |
| 6/6/2007 | $294.30 | Surface | Continental Airlines / Denver, Co | xxxxxxxx5661006 | depart 6/20 to Denver - Jerry Eversole | "travel" | 6/20/07-6/22/07- Denver | |
| 6/6/2007 | $294.30 | Surface | Continental Airlines / Denver, Co | xxxxxxxx5661006 | depart 6/20 to Denver - Leroy Hermes | "reimbursed by Leroy 6/22/07" | | |
| 6/20/2007 | $385.00 | Leroy Hermes | Farilove Transportation / Houston, Tx | xxxxxxxx361006 | taxi/limo service | | | Farilove Transportation - no records |
| 6/20/2007 | $3.00 | Leroy Hermes | Smarte Carte / Denver, Co Sc | xxxxxxxx361006 | | | | |
| 6/20/2007 | $50.07 | Surface | Broken Wheel Truck Stop / Douglas, Wy | xxxxxxxx5661006 | | "auto/fuel" | | |
| 6/20/2007 | $75.40 | Leroy Hermes | Old Style Saloon / Deadwood, Sd | xxxxxxxx361006 | | | | |
| 6/20/2007 | $36.92 | Leroy Hermes | Uncle Charlies / Cheyenne, Wy | xxxxxxxx361006 | | | | |
| 6/21/2007 | $108.85 | Eversole | The Rex / Billings, Mt | xxxxxxxx82007 | food/bev/tip | | | |
| 6/21/2007 | $27.47 | Surface | Bullock Hotel / Deadwood, Sd | xxxxxxxx5661006 | | "lodging" | | |
| 6/21/2007 | $26.57 | Leroy Hermes | Monas Café / Gillete, Wy | xxxxxxxx361006 | | | | |
| 6/22/2007 | $166.27 | Surface | Holiday Inn Express / Deadwood, Sc | xxxxxxxx5661006 | 6/20-6/21 | "lodging" | | |
| 6/22/2007 | $166.27 | Surface | Holiday Inn Express / Deadwood, Sc | xxxxxxxx5661006 | | "lodging" | | |
| 6/22/2007 | $185.71 | Leroy Hermes | Holiday Inn Express / Deadwood, Sc | xxxxxxxx361006 | 6/20-6/21 | | | |
| 6/22/2007 | $27.05 | Leroy Hermes | Irma Hotel / Cody, Wy | xxxxxxxx361006 | | | | |

10

3/10/2011

TRAVEL ...ENSES

## JUNE 2007: DEADWOOD

| DATE OF CHARGE | AMOUNT | ACCOUNT HOLDER | VENDOR / LOCATION | ACCOUNT NUMBER | CHECK / CREDIT CARD NOTES | SURFACE HANDWRITTEN NOTES ON CREDIT CARD STATEMENTS | EVERSOLE'S WEEKLY PLANNER | VENDOR INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 6/22/2007 | $105.93 | Leroy Hermes | Best Western / Billings, Mt | xxxxxxxxx62004 | 6/21-6/22 | | | Best Western records Room 210 for 6/21/07 |
| 6/22/2007 | $110.47 | Leroy Hermes | Best Western / Billings, Mt. | xxxxxxxxx62004 | 6/21-6/22 | | | Best Western records Room 112 for 6/21/07 |
| 6/22/2007 | $105.93 | Leroy Hermes | Best Western / Billings, Mt | xxxxxxxxx62004 | 6/20-6/23 - Michael Surface | | | Best Western records Room 111 for 6/21/07. |
| 6/23/2007 | $495.82 | Surface | Avis Rent-A-Car / Denver, Co | xxxxxxxxx5661006 | | "auto" | | |
| 6/23/2007 | $61.01 | Leroy Hermes | Conoco / Denver, Co | xxxxxxxxx361006 | | | | |
| 6/23/2007 | $67.09 | Surface | Elk St Get N Go / Rock Springs, Wy | xxxxxxx5661006 | | "fuel" | | |
| 6/23/2007 | $153.11 | Leroy Hermes | Amerihost Inn / Pinedale, Wy | xxxxxxxxx361006 | 6/22-6/23 | | | AmeriHost Inn records - Room 307 - receipt signed by Leroy Hermes |
| 6/23/2007 | $153.11 | Leroy Hermes | Amerihost Inn / Pinedale, Wy | xxxxxxxxx361006 | 6/22-6/23 | | | AmeriHost Inn records - Room 311 - receipt signed by Michael Surface |
| 6/23/2007 | $153.11 | Leroy Hermes | Amerihost Inn / Pinedale, Wy | xxxxxxxxx361006 | 6/22-6/23 depart 6/23 from Denver to Houston - Michael Surface | | | AmeriHost Inn records - Room 313 - receipt signed by Jerry Eversole |
| 6/22/2007 | $145.00 | Surface | Continental Airlines / Denver, Co | xxxxxxxxx5661006 | depart 6/23 from Denver to Houston - Jerry Eversole | "travel" | | |
| 6/22/2007 | $145.00 | Surface | Continental Airlines / Denver, Co | xxxxxxxxx5661006 | | "travel" | | |

3/10/2011

17

US-R-2498

TRAVEL ÉNSES

## JUNE 2007: DEADWOOD

| DATE OF CHARGE | AMOUNT | ACCOUNT HOLDER | VENDOR / LOCATION | ACCOUNT NUMBER | CHECK / CREDIT CARD NOTES | SURFACE HANDWRITTEN NOTES ON CREDIT CARD STATEMENTS | EVERSOLE'S WEEKLY PLANNER | VENDOR INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 6/22/2007 | $145.00 | Surface | Continental Airlines / Denver, Co | xxxxxxxx5661006 | depart 6/23 from Denver to Houston - Leroy Hermes | "travel" | | |
| 7/6/2007 | $5,000.00 | Surface | Cash | Wells Fargo account xxxx5996 check #1737 | | | | |

US-R-2499

TRAVEL ... ENSES

3/02/2011

## JULY 2007: WATERWOOD

| DATE OF CHARGE | AMOUNT | ACCOUNT HOLDER | VENDOR / LOCATION | ACCOUNT NUMBER | CHECK / CREDIT CARD NOTES | SURFACE HANDWRITTEN NOTES ON CREDIT CARD STATEMENTS | EVERSOLE'S WEEKLY PLANNER | VENDOR INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 7/26/2007 | $35.23 | Eversole | The Catfish Place, Huntsville, Tx | xxxxxxxxxxx82007 | | | | |
| 7/28/2007 | $697.51 | Surface | Waterwood National Resort / Huntsville, Tx | xxxxxxxxx661006 | | "entertainment" | | Waterwood / Leroy, Mike Surface, JE / unlimited golf / |
| 7/29/2007 | $345.42 | Leroy Hermes | Waterwood National Resort / Huntsville, Tx | xxxxxxxxx361006 | food / baverage | | | |

19

US-R-2500

3/10/2011

TRAVEL EXPENSES

## OCTOBER 2007: RENO

| DATE OF CHARGE | AMOUNT | ACCOUNT HOLDER | VENDOR / LOCATION | ACCOUNT NUMBER | CHECK / CREDIT CARD NOTES | SURFACE HANDWRITTEN NOTES ON CREDIT CARD STATEMENTS | EVERSOLE'S WEEKLY PLANNER | VENDOR INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 8/28/2007 | $368.80 | Surface | Continental Airlines / Reno, Nv | xxxxxxxx6661006 | depart 10/4 to Reno, Nv - Gerald Eversole | | | |
| 8/28/2007 | $368.80 | Surface | Continental Airlines / Reno, Nv | xxxxxxxx6661006 | depart 10/4 to Reno, Nv - Michael Surface | | | |
| 8/28/2007 | $368.80 | Surface | Continental Airlines / Reno, Nv | xxxxxxxx6661006 | depart 10/4 to Reno, Nv - Leroy Hermes | | | |
| 8/28/2007 | $368.80 | Surface | Continental Airlines / Reno, Nv | xxxxxxxx6661006 | depart 10/4 to Reno, Nv - George Pontikes | | | Continental records - One Pass flight recap sheet Depart 10/4/07 IAH to RNO - Gerald Eversole / Return flight 10/6/07 |
| 10/6/2007 | $100.00 | Eversole | Continental Airlines / Reno, Nv | xxxxxxxx985003 | depart 10/4 to Reno - Gerald Eversole | | 10/4/07 - 9:20 leave / 10/7/07 - leave 12:16pm arrive 5:48pm | |
| 10/4/2007 | $500.00 | Surface | Cash | xxxxxxxx985003 Wells Fargo account xxxx5986 ATM withdrawal | | | | |
| 10/4/2007 | $268.80 | Eversole | Grand Sierra Resort / Reno, Nv | xxxxxxxx985003 | arrival 10/4/07 depart 10/7/07 | | | Grand Sierra Resort records - 10/4-10/7 Room SH2856 Lodging / JE |
| 10/4/2007 | $100.00 | Surface | Arrowcreek Sporting Goods / Reno, Nv | xxxxxxxx6661006 | | "golf entertainment" | | |
| 10/4/2007 | $403.20 | Surface | Grand Sierra Resort / Reno, Nv | xxxxxxxx6661006 | arrival 10/4/07 depart 10/7/07 | "lodging entertainment marketing" | | Grand Sierra Resort records - 10/4-10/7 Room SH 2223 Lodging / MS |
| 10/4/2007 | $779.45 | Leroy Hermes | Grand Sierra Resort / Reno, Nv | xxxxxxxx361006 | 10/4-10/7 | | | Grand Sierra Resort records - 10/4-10/7 Room SH 2109 Lodging/Dinner / LH |

US-R-2501

TRAVEL... ENSES

## OCTOBER 2007: RENO

| DATE OF CHARGE | AMOUNT | ACCOUNT HOLDER | VENDOR / LOCATION | ACCOUNT NUMBER | CHECK / CREDIT CARD NOTES | SURFACE HANDWRITTEN NOTES ON CREDIT CARD STATEMENTS | EVERSOLE'S WEEKLY PLANNER | VENDOR INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 10/4/2007 | $559.31 | George Pontikes | Grand Sierra Resort / Reno, Nv | xxxxxxxxx981002 | | | | |
| 10/4/2007 | $70.01 | George Pontikes | On The Border / Reno, Nv | xxxxxxxxx981002 | | | | |
| 10/5/2007 | $180.70 | George Pontikes | Montreux Golf Club / Reno, Nv | xxxxxxxxx981002 | | | | |
| 10/6/2007 | $44.73 | Surface | The Resort at Red Hawk / Sparks, Nv | xxxxxxxx5661006 | | "meal marketing" | | |
| 10/6/2007 | $300.00 | George Pontikes | The Resort at Red Hawk / Sparks, Nv | xxxxxxxxx981002 | | | | |
| 10/6/2007 | $177.00 | Leroy Hermes | Wildcreek Golf Course / Reno, Nv | xxxxxxxxx361006 | | | | Wildcreek records - golf for 3 players 10/6/07 at 8:00am |
| 10/7/2007 | $457.29 | Surface | Avis Rent-A-Car / Reno, Nv | xxxxxxxx5661006 | Rental 10/4-10/7 Reno, Nv - Michael Surface | "travel" | | |
| 10/7/2007 | $27.20 | Surface | Texaco / Reno, Nv | xxxxxxxx5661006 | | "auto" | | |
| 10/7/2007 | $28.13 | Leroy Hermes | Grand Sierra Resort / Reno, Nv | xxxxxxxxx361006 | | | | Grand Sierra Resort records -10/4-10/7 Room SH 2109 Café Sierra |
| 10/8/2007 | $3.00 | Leroy Hermes | Smarte Carte / Reno, Nv | xxxxxxxxx361006 | | | | |
| 10/8/2007 | $3.00 | Leroy Hermes | Smarte Carte / Reno, Nv | xxxxxxxxx361006 | | | | |
| 10/18/2007 | $368.80 | George Pontikes | Michael Surface / Houston, Tx | Amegy Bank account | | | | Invoice from Michael Surface to George Pontikes - Continental Airlines E-ticket |
| 10/28/2007 | $368.80 | Eversole | Michael Surface / Houston, Tx | Trustmark Bank account xxx300091 check #829 | Reno, Az | | | |

3/12/2011

21